**Ryland Lee HARVEY, Petitioner–
Appellant,**

v.

**Lonnie M. SAUNDERS, Respondent–
Appellee.**

**No. 99–7269.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 11, 2001.

Ryland Lee Harvey, pro se. Robert H. Anderson, III, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Ryland Lee Harvey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Harvey v. Saunders,* No. CA–98–1387–AM (E.D. Va. filed Aug. 10, 1999; entered Aug. 11, 1999); *see also Crawley v. Catoe,* 257 F.3d 395 (4th Cir.2001).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*